**VENABLE LLP**
Angel A. Garganta (SBN 163957)
Email: agarganta@venable.com
Jessica L. Grant (SBN 178138)
Email: jgrant@venable.com
Brian A. Featherstun (SBN 292625)
Email: bafeatherstun@venable.com
John C. Vazquez (*pro hac vice*)
Email: jcvazquez@venable.com
101 California Street, Suite 3800
San Francisco, CA 94111
Telephone:   415.653.3750
Facsimile:    415.653.3755

Attorneys for Defendant
PREMIER NUTRITION CORPORATION

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MOSES SIMMONS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PREMIER NUTRITION CORPORATION f/k/a JOINT JUICE, INC.<br><br>Defendant. | CASE NO.: 3:16-CV-07078-RS<br><br>Hon. Richard Seeborg<br><br>**DEFENDANT PREMIER NUTRITION CORPORATION'S CERTIFICATE OF INTERESTED ENTITIES OR PERSONS PURSUANT TO CIVIL L.R. 3-16**<br><br>Lead Action Filed:    March 21, 2013 |

CERTIFICATION OF INTERESTED PARTIES

Pursuant to Local Rule 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations), or other entities other than the parties themselves known by the party to either: (i) have a financial interest (of any kind) in the subject matter in controversy or in a party to the proceeding, or (ii) any other kind of interest that could be substantially affected by the outcome of this proceeding:

1. Post Holdings, Inc.

Dated: October 25, 2018

VENABLE LLP
ANGEL A. GARGANTA (163957)
JESSICA L. GRANT (178138)
BRIAN A. FEATHERSTUN (292625)

By: */s/ Angel A. Garganta*
ANGEL A. GARGANTA

101 California Street, Suite 3800
San Francisco, CA 94111
Tel: 415/653-3750
415/653-3755 (fax)
aagarganta@venable.com
jgrant@venable.com
bafeatherstun@venable.com

VENABLE LLP
JOHN CARLOS VAZQUES (*pro hac vice*)
1270 Avenue of the Americas
New York, NY 10020
Tel: 212/370-6293
jcvazquez@venable.com