BLOOD HURST & O'REARDON, LLP
TIMOTHY G. BLOOD (149343)
THOMAS J. O'REARDON II (247952)
501 West Broadway, Suite 1490
San Diego, CA 92101
Tel: 619/338-1100
619/338-1101 (fax)
tblood@bholaw.com
toreardon@bholaw.com

Attorneys for Plaintiff

[Additional Counsel Appear on Signature Page]

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION**

| | |
|---|---|
| MOSES SIMMONS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PREMIER NUTRITION CORPORATION f/k/a JOINT JUICE, INC.,<br><br>Defendant. | Case No. 3:16-cv-07078-RS<br><br>**JOINT STIPULATION AND ORDER CONCERNING SECOND CLASS ACTION COMPLAINT SUBSTITUTING NAMED PLAINTIFF AND PROPOSED MICHIGAN CLASS REPRESENTATIVE**<br><br>CLASS ACTION<br><br>District Judge:    Hon. Richard Seeborg<br>Courtroom:         3, 17th Floor, SF<br>Magistrate Judge: Donna M. Ryu<br>Courtroom:         4, 3rd Floor, Oakland<br><br>Comp. Filed:      March 21, 2013<br>Trial Date (*Mullins*): TBD |

Pursuant to Local Rule 6-1 and 6-2, Plaintiff Moses Simmons ("Plaintiff"), and Defendant Premier Nutrition Corporation ("Defendant"), through their respective counsel of record (collectively, "the Parties"), hereby stipulate and agree, as follows:

WHEREAS, on December 12, 2016 Plaintiff's counsel filed the operative Class Action Complaint on behalf of Moses Simmons and all others similarly situated (Dkt. 1), and on September 7, 2018 Plaintiff's counsel filed the First Amended Class Action Complaint (Dkt. 24), and on October 25, 2018 Defendant filed its answer to the First Amended Class Action Complaint. (Dkt. 34); and

WHEREAS, pursuant to Fed. R. Civ. P. 15(a)(2), Defendant hereby provides its written consent for Plaintiff's counsel to file a Second Amended Class Action Complaint ("FAC") wherein Beverley Avery is substituted as the named plaintiff and proposed class representative for Mr. Simmons;

NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the Parties, through their respective counsel, that:

Plaintiff's Second Amended Class Action Complaint will be filed concurrently.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Respectfully Submitted,

Dated: May 8, 2019

BLOOD HURST & O'REARDON, LLP
TIMOTHY G. BLOOD (149343)
THOMAS J. O'REARDON II (247952)

By:   *s/ Timothy G. Blood*
       TIMOTHY G. BLOOD

501 West Broadway, Suite 1490
San Diego, CA  92101
Tel: 619/338-1100
619/338-1101 (fax)
tblood@bholaw.com
toreardon@bholaw.com

ALTAIR LAW
CRAIG M. PETERS (1840180)
465 California Street, 5th Floor
San Francisco, CA  94104-3313
Tel: 415/988-9828
cpeters@altairlaw.us

<table>
<tr><td></td><td>CARLSON LYNCH SWEET KILPELA<br>& CARPENTER, LLP<br>TODD D. CARPENTER (234464)<br>1350 Columbia Street, Suite 603<br>San Diego, CA  92101<br>Tel: 619/762-1910<br>619/756-6991 (fax)<br>tcarpenter@carlsonlynch.com<br><br>*Attorneys for Plaintiff*</td></tr>
<tr><td>Dated: May 8, 2019</td><td>VENABLE LLP<br>ANGEL A. GARGANTA (163957)<br>JESSICA L. GRANT (178138)<br>DANIEL E. LASSEN (271446)<br>AMIT RANA (291912)<br>YUHAN CHI (324072)<br><br>By:     *s/ Angel A. Garganta*<br>         ANGEL A. GARGANTA<br><br>101 California Street, Suite 3800<br>San Francisco, CA 94111<br>Tel: 415/653-3750<br>415/653-3755 (fax)<br>aagarganta@venable.com<br>jgrant@venable.com<br>delassen@venable.com<br>arana@venable.com<br>achi@venable.com</td></tr>
</table>

## ECF CERTIFICATION

The filing attorney attests that he has obtained concurrence regarding the filing of this document from the signatories to this document.

Dated: May 8, 2019                    BLOOD HURST & O'REARDON, LLP

                                      By:     *s/ Timothy G. Blood*
                                              TIMOTHY G. BLOOD

**ORDER**

Having reviewed the above Stipulation and Proposed Order Concerning Second Amended Class Action Complaint, IT IS HEREBY ORDERED that the Court finds that good cause exists for the entry of this Order.

**IT IS SO ORDERED.**

DATED: May 9, 2019

_____
THE HONORABLE RICHARD SEEBORG
UNITED STATES DISTRICT COURT JUDGE

**CERTIFICATE OF SERVICE**

I hereby certify that on May 8, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the Electronic Mail Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on May 8, 2019.

                                    *s/ Timothy G. Blood*
                                    TIMOTHY G. BLOOD

                                    BLOOD HURST & O'REARDON, LLP
                                    501 West Broadway, Suite 1490
                                    San Diego, CA  92101
                                    Tel: 619/338-1100
                                    619/338-1101 (fax)
                                    tblood@bholaw.com